UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX L. WEISS,<br><br>                  Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; and US DEPARTMENT OF EDUCATION<br><br>                  Defendants. | Case No.: 22-CV-1098 JLS (AHG)<br><br>**ORDER GRANTING MOTION FOR LEAVE TO ELECTRONICALLY FILE DOCUMENTS**<br><br>(ECF No. 13) |

      Presently before the Court is Plaintiff Max L. Weiss's Motion for Leave to Electronically File Documents ("Mot.," ECF No. 13). For the following reasons, the Court **GRANTS** Plaintiff's Motion.

      Generally, "[e]xcept as prescribed by local rule, order, or other procedure, the Court has designated all cases to be assigned to the Electronic Filing System." S.D. Cal. CivLR 5.4(a). With respect to pro se litigants, however, "[u]nless otherwise authorized by the court, all documents submitted for filing to the Clerk's Office . . . must be in legible, paper form." Office of the Clerk, United States District Court for the Southern District of California, *Electronic Case Filing Administrative Policies and Procedures Manual*, § 2(b)

1

(2018). "A pro se party seeking leave to electronically file documents must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *Id.*

Here, the Court finds that Plaintiff has agreed to follow the rules regarding electronic filing and has adequately demonstrated that he has the requisite technical tools and capabilities to electronically file documents. *See* Mot. at 1–2. Plaintiff has shown he has (1) software capable of converting documents from word processor format to portable document format, such as Adobe Acrobat 7.0 or higher, (2) internet access supporting a transfer rate of 56kb or higher, (3) a compatible web browser, and (4) a scanner capable of imaging non-computerized documents 400 pixels per inch (ppi). *See* Mot. at 2; United States District Court, Southern District of California, CM/ECF Information: General Info, https://www.casd.uscourts.gov/cmecf.aspx (last visited Aug. 24, 2022). Accordingly, the Court **GRANTS** Plaintiff's Motion (ECF No. 13). Plaintiff **SHALL REGISTER** as a user with the Clerk's Office and as a subscriber to PACER per section 2(b) of the *Electronic Case Filing Administrative Policies and Procedures Manual*.

**IT IS SO ORDERED.**

Dated: August 26, 2022

Hon. Janis L. Sammartino
United States District Judge