THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN, APC
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX L. WEISS,<br><br>   Plaintiff,<br><br>  v.<br><br>EQUIFAX INFORMATION SERVICES LLC, AND US DEPARTMENT OF EDUCATION,<br><br>   Defendants. | Case No. 3:22-cv-01098-JLS-AHG<br><br>**NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES LLC** |

  Defendant Equifax Information Services LLC, ("Equifax"), and hereby notifies the Court that the *pro se* Plaintiff Max L. Weiss and Equifax have reached a settlement in principle as to Plaintiff's allegations against Equifax, and are in the process of consummating the terms of the settlement agreement.

Dated: September 22, 2022

        */s/ Max L. Weiss*
        Max L. Weiss

        *Pro Se* Plaintiff

Dated: September 22, 2022

        */s/ Thomas P. Quinn, Jr.*
        THOMAS P. QUINN, JR.
        (State Bar No. 132268)
        NOKES & QUINN, APC
        410 BROADWAY, SUITE 200
        LAGUNA BEACH, CA 92651
        Tel: (949) 376-3500
        Fax: (949) 376-3070
        Email: tquinn@nokesquinn.com

        Attorneys for Defendant
        EQUIFAX INFORMATION SERVICES LLC

**CERTIFICATE OF SERVICE**

This is to certify that on September 22, 2022, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record and sent via U.S. Mail with adequate postage thereon addressed as follows:

> Max L. Weiss
> 730 Oneonta Ave.
> Imperial Beach, CA 91932
>
> *Pro Se Plaintiff*

*/s/ Thomas P. Quinn*
Thomas P. Quinn

*Counsel for Defendant*
*Equifax Information Services LLC*

NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC