UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX L. WEISS,<br><br>                              Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; and US DEPARTMENT OF EDUCATION<br><br>                             Defendants. | Case No.: 22-CV-1098 JLS (AHG)<br><br>**ORDER (1) GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC AND (2) VACATING HEARING FOR PRELIMINARY INJUNCTION**<br><br>(ECF Nos. 21, 22) |

      Presently before the Court is Plaintiff Max Weiss and Defendant Equifax Information Services, LLC's ("Equifax") Joint Motion for Dismissal with Prejudice as to Defendant Equifax Information Services, LLC ("Joint Mot.," ECF No. 22). Plaintiff and Equifax recently agreed to a settlement arrangement. *See* Notice of Settlement (ECF No. 17). Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Plaintiff's claims against Defendant Equifax. In accordance with the Joint Motion, each party will bear their own costs and attorney's fees.

      Plaintiff has also notified the Court that, due to the settlement with Equifax, he has withdrawn a previously filed Motion for Preliminary Injunction. *See* Notice of Withdrawal

(ECF No. 22).  Accordingly, the Court **VACATES** the hearing for the Motion currently scheduled for November 3, 2022.

**IT IS SO ORDERED.**

Dated:  October 20, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge