UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX L. WEISS,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC and U.S. DEPARTMENT OF EDUCATION,<br><br>　　　　　　　　　　Defendants. | Case No.: 22-CV-1098 JLS (AHG)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 25) |

　　　Presently before the Court is Defendant U.S. Department of Education's Motion to Dismiss Plaintiff's Complaint (ECF No. 25). On its own motion, the Court **VACATES** the hearing currently set for December 1, 2022, at 1:30 p.m. and takes these matters under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: November 28, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge